# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ZACHARIAH, BALU | § | Case No. 13-43866 |
| ZACHARIAH, JIJI | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on           . The case was converted to one under Chapter 7 on            . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                              $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was            and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $          . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $       as interim compensation and now requests a sum of $        , for a total compensation of $       [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $     , and now requests reimbursement for expenses of $     , for total expenses of $      [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 13-43866 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | ZACHARIAH, BALU | | | Date Filed (f) or Converted (c): | 02/03/14 (c) |
| | ZACHARIAH, JIJI | | | 341(a) Meeting Date: | 03/10/14 |
| For Period Ending: | 11/19/14 | | | Claims Bar Date: | 09/17/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking - Chase | 810.00 | 0.00 | | 0.00 | FA |
| 2. Checking - Bank of America | 1,275.00 | 0.00 | | 0.00 | FA |
| 3. Credit Union | 12,085.00 | 5,585.00 | | 5,585.00 | FA |
| 4. Security deposit Business | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5. Personal possessions in home | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 6. Personal clothing | 800.00 | 0.00 | | 0.00 | FA |
| 7. Wedding rings | 800.00 | 0.00 | | 0.00 | FA |
| 8. Term life insurance | 0.00 | 0.00 | | 0.00 | FA |
| 9. Cash value of life insurance | 296.00 | 0.00 | | 0.00 | FA |
| 10. Pension Plan | 58,725.00 | 0.00 | | 0.00 | FA |
| 11. 100% interest in taloring shop 1326 W Grand Avenue | 2,255.00 | 0.00 | | 0.00 | FA |
| 12. 2011 Susuki Grand Vitari 71,000 miles | 15,000.00 | 876.00 | | 0.00 | FA |
| 13. 2008 Nissan Altima 55,000 miles | 12,000.00 | 0.00 | | 0.00 | FA |
| 14. TAX REFUND (u) | 4,500.00 | 1,680.00 | | 1,680.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $111,046.00 $10,641.00 $7,265.00 $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

non-exempt CU funds and 2013 income tax refund

email to Ds' attorneys were non-exempt funds and additional docs to be provided 5-1-14

Funds received

Attenting to adjust 2 secured claims 9/14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 13-43866    CAD    Judge: CAROL A. DOYLE | Trustee Name:    ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | ZACHARIAH, BALU | Date Filed (f) or Converted (c):    02/03/14 (c) |
| | ZACHARIAH, JIJI | 341(a) Meeting Date:    03/10/14 |
| | | Claims Bar Date:    09/17/14 |

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 13-43866 -CAD | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ZACHARIAH, BALU | | Bank Name: | ASSOCIATED BANK |
| | ZACHARIAH, JIJI | | Account Number / CD #: | *******8678 Checking Account |
| Taxpayer ID No: | *******4593 | | | |
| For Period Ending: | 11/19/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/18/14 | 14 | JIJI BALU ZACHARIAH<br>255 MARICOPA LN<br>HOFFMAN ESTATES IL 60169-3338 | Tax returns | 1124-000 | 7,265.00 | | 7,265.00 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,255.00 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.79 | 7,244.21 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.77 | 7,233.44 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.41 | 7,223.03 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.74 | 7,212.29 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,265.00 | 52.71 | 7,212.29 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7,265.00 | 52.71 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,265.00 | 52.71 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8678 | 7,265.00 | 52.71 | 7,212.29 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 7,265.00 | 52.71 | 7,212.29 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 7,265.00 52.71

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 19, 2014 |

Case Number: 13-43866  
Debtor Name: ZACHARIAH, BALU  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $1,476.50 | $0.00 | $1,476.50 |
| 001<br>3110-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $2,969.08 | $0.00 | $2,969.08 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $5,148.78 | $0.00 | $5,148.78 |
| 000002<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $2,391.15 | $0.00 | $2,391.15 |
| 000003<br>070<br>7100-00 | Wells Fargo Bank, N.A.<br>dba Wells Fargo Dealer Services<br>P.O. Box 19657<br>Irvine, CA 92623-9657 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000004<br>070<br>7100-00 | Bank of America, N.A.<br>NC4-105-02-99<br>PO Box 26012<br>Greensboro, NC 27420-6012 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000005<br>070<br>7100-00 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN,PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $654.10 | $0.00 | $654.10 |
| 000006<br>070<br>7100-00 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN,PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $948.38 | $0.00 | $948.38 |
| 000007<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>successor to CAPITAL ONE, NA<br>PO Box 41067<br>Norfolk, VA 23541 | Unsecured | | $1,156.10 | $0.00 | $1,156.10 |
| 000008<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>successor to CAPITAL ONE, NA<br>PO Box 41067<br>Norfolk, VA 23541 | Unsecured | | $917.72 | $0.00 | $917.72 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: November 19, 2014 |

Case Number:   13-43866  
Debtor Name:   ZACHARIAH, BALU

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $15,661.81 | $0.00 | $15,661.81 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-43866
Case Name: ZACHARIAH, BALU
               ZACHARIAH, JIJI
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

      Balance on hand                                                $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses         $_____

    Remaining Balance                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Discover Bank | $ | $ | $ |
| 000003 | Wells Fargo Bank, N.A. | $ | $ | $ |
| 000004 | Bank of America, N.A. | $ | $ | $ |
| 000005 | ALTAIR OH XIII, LLC | $ | $ | $ |
| 000006 | ALTAIR OH XIII, LLC | $ | $ | $ |
| 000007 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000008 | Portfolio Recovery Associates, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors           $_____

Remaining Balance                                                $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE