UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ZACHARIAH, BALU § Case No. 13-43866
ZACHARIAH, JIJI §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　　　　CLERK OF THE U.S. BANKR. CT
　　　　　　　　219 S. DEARBORN STREET
　　　　　　　　7TH FLOOR
　　　　　　　　CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/07/2015 in Courtroom 742,
　　　　　　　　United States Courthouse
　　　　　　　　219 South Dearborn
　　　　　　　　Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/04/2014　　　　　　　　　　By: /s/ Andrew J. Maxwell
　　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee


ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ZACHARIAH, BALU § Case No. 13-43866
ZACHARIAH, JIJI §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,265.00 |
| and approved disbursements of | $ | 52.71 |
| leaving a balance on hand of[1] | $ | 7,212.29 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,476.50 | $ 0.00 | $ 1,476.50 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 2,940.00 | $ 0.00 | $ 2,940.00 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 29.08 | $ 0.00 | $ 29.08 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,445.58 |
| Remaining Balance | $ 2,766.71 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,216.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 5,148.78 | $ 0.00 | $ 1,270.05 |
| 000002 | Discover Bank | $ 2,391.15 | $ 0.00 | $ 589.83 |
| 000003 | Wells Fargo Bank, N.A. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000004 | Bank of America, N.A. | $ 0.00 | $ 0.00 | $ 0.00 |
| 000005 | ALTAIR OH XIII, LLC | $ 654.10 | $ 0.00 | $ 161.35 |
| 000006 | ALTAIR OH XIII, LLC | $ 948.38 | $ 0.00 | $ 233.94 |
| 000007 | Portfolio Recovery Associates, LLC | $ 1,156.10 | $ 0.00 | $ 285.17 |
| 000008 | Portfolio Recovery Associates, LLC | $ 917.72 | $ 0.00 | $ 226.37 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,766.71 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 13-43866-CAD
Balu Zachariah                                                    Chapter 7
Jiji Zachariah
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: froman              Page 1 of 2              Date Rcvd: Dec 04, 2014
                              Form ID: pdf006           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2014.
```
db/jdb         +Balu Zachariah,   Jiji Zachariah,   255 Maricopa Lane,    Hoffman Estates, IL 60169-3338
aty            +Maxwell Law Group, LLC,   105 W. Adams, Ste 3200,    Chicago, IL 60603-6209
21209125      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:   Bank of America,   PO Box 26078,   Greensboro, NC 27420)
21410933       Bank of America, N.A.,   NC4-105-02-99,   PO Box 26012,   Greensboro, NC 27420-6012
21209127      +Barclays Bank delaware,   700 prides Xing,   Newark ,DE 19713, DE 19713-6102
21209128      +Blitt & Gaines,   661 W Glenn Ave,   Wheeling, IL 60090-6017
21209129      +Capital One,   PO Box 30281,   Salt Lake City, UT 84130-0281
21209130      +Chase Bank USA,   Po Box 15298,   wilmington, DE 19850-5298
21209132      +Dex One,   PO Box 9001401,   Louisville, KY 40290-1401
21209135      +Emin Tuluce,   977 N oaklawn #102,   Elmhurst, IL 60126-1023
21209137      +Hanger Property,   977 N Oaklawn #102,   Elmhurst, IL 60126-1023
21209138      +Merchants credit Guide,   223 w jackson Blvd ,suite 410,   chicago, IL 60606-6914
22206868      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,   successor to CAPITAL ONE, NA,
                 PO Box 41067,   Norfolk, VA 23541)
21390163       Wells Fargo Bank, N.A.,   dba Wells Fargo Dealer Services,   P.O. Box 19657,
                Irvine, CA 92623-9657
21209140      +Wells Fargo Dealer Services,   PO Box 1697,   Winterville, NC 28590-1697
21209141      +Wells Fargo Home Mortgage,   PO Box 10335,   Des Moines, IO  50306-0335
21209131      +chest clinic pc,   po box 261,   valparaiso, IN 46384-0261
21209139      +physician billing associate,   po box 7389,   prospect heights, IL 60070-7389
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21425786      +E-mail/Text: bncmail@w-legal.com Dec 05 2014 01:23:10     ALTAIR OH XIII, LLC,
                C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
21231345       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 05 2014 01:28:37     Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
21209134      +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 05 2014 01:28:37     Discover Finacial,
                PO Box 15316,   wilmington, DE 19850-5316
21209133      +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 05 2014 01:28:37     Discover Finacial,
                PO Box 15316,   Willmington, DE 19850-5316
21209136      +E-mail/Text: bknotice@erccollections.com Dec 05 2014 01:23:07     enhanced Recovery co LLC,
                8014 Bayberry Rd,   jacksonville, FL 32256-7412
                                                                                              TOTAL: 5
```
```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21209126*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:   Bank of America,   PO Box 982235,   El Paso, TX 79998)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2014 at the address(es) listed below:
              Andrew J Maxwell    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
               trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;cjcapo@maxwellandpotts.com;jhsmith@maxwe
               llandpotts.com;vbarad@maxwellandpotts.com
              Andrew J Maxwell, ESQ    on behalf of Trustee Andrew J Maxwell, ESQ maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_tr
               ustee@hotmail.com

```
District/off: 0752-1             User: froman                  Page 2 of 2                  Date Rcvd: Dec 04, 2014
                                 Form ID: pdf006               Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
          amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com;marchfirst_trustee@hotmail.com
         David H Cutler    on behalf of Debtor Balu  Zachariah cutlerfilings@gmail.com
         David H Cutler    on behalf of Joint Debtor Jiji  Zachariah cutlerfilings@gmail.com
         Kenneth B Drost    on behalf of Creditor   Wells Fargo Bank, N.A., DBA Wells Fargo Dealer Services
          kdrost@kbdpc.com,   rsmith@kbdpc.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                       TOTAL: 7