UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
ZACHARIAH, BALU § Case No. 13-43866
ZACHARIAH, JIJI §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                             Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:             Claims Discharged
                                              Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____, and it was converted to chapter 7 on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America PO Box 26078 Greensboro, NC 27420 |  |  |  |  |  |
|  | Wells Fargo Dealer Services PO Box 1697 Winterville, NC 28590 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | | | | | |
| ASSOCIATED BANK | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 982235 El Paso, TX 79998 | | | | | |
| | Barclays Bank delaware 700 prides Xing Newark ,DE 19713, DE 19713 | | | | | |
| | Capital One PO Box 30281 Salt Lake City, UT 84130 | | | | | |
| | Capital One PO Box 30281 Salt Lake City, UT 84130 | | | | | |
| | Capital One PO box 30281 Salt Lake City, UT 84130 | | | | | |
| | Chase Bank USA Po Box 15298 wilmington, DE 19850 | | | | | |
| | Dex One PO Box 9001401 Louisville, KY 40290 | | | | | |
| | Discover Finacial PO Box 15316 Willmington, DE 19850 | | | | | |
| | Discover Finacial PO Box 15316 wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Emin Tuluce 977 N oaklawn #102 Elmhurst, IL 60126 | | | | | |
| | Merchants credit Guide 223 w jackson Blvd ,suite 410 chicago, IL 60606 | | | | | |
| | Wells Fargo Home Mortgage PO Box 10335 Des Moines, IO 50306 | | | | | |
| | chest clinic pc po box 261 valparaiso, IN 46384 | | | | | |
| | enhanced Recovery co LLC 8014 Bayberry Rd jacksonville, FL 32256 | | | | | |
| | physician billing associate po box 7389 prospect heights, IL 60070 | | | | | |
| 000005 | ALTAIR OH XIII, LLC | | | | | |
| 000006 | ALTAIR OH XIII, LLC | | | | | |
| 000004 | BANK OF AMERICA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000008 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000003 | WELLS FARGO BANK, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-43866 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | ZACHARIAH, BALU | | | Date Filed (f) or Converted (c): | 02/03/14 (c) |
| | ZACHARIAH, JIJI | | | 341(a) Meeting Date: | 03/10/14 |
| For Period Ending: | 02/11/15 | | | Claims Bar Date: | 09/17/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking - Chase | 810.00 | 0.00 | | 0.00 | FA |
| 2. Checking - Bank of America | 1,275.00 | 0.00 | | 0.00 | FA |
| 3. Credit Union | 12,085.00 | 5,585.00 | | 5,585.00 | FA |
| 4. Security deposit Business | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5. Personal possessions in home | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 6. Personal clothing | 800.00 | 0.00 | | 0.00 | FA |
| 7. Wedding rings | 800.00 | 0.00 | | 0.00 | FA |
| 8. Term life insurance | 0.00 | 0.00 | | 0.00 | FA |
| 9. Cash value of life insurance | 296.00 | 0.00 | | 0.00 | FA |
| 10. Pension Plan | 58,725.00 | 0.00 | | 0.00 | FA |
| 11. 100% interest in taloring shop 1326 W Grand Avenue | 2,255.00 | 0.00 | | 0.00 | FA |
| 12. 2011 Susuki Grand Vitari 71,000 miles | 15,000.00 | 876.00 | | 0.00 | FA |
| 13. 2008 Nissan Altima 55,000 miles | 12,000.00 | 0.00 | | 0.00 | FA |
| 14. TAX REFUND (u) | 4,500.00 | 1,680.00 | | 1,680.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $111,046.00 | $10,641.00 | | $7,265.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

non-exempt CU funds and 2013 income tax refund

email to Ds' attorneys were non-exempt funds and additional docs to be provided 5-1-14

Funds received

Attenting to adjust 2 secured claims 9/14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: 13-43866    CAD    Judge: CAROL A. DOYLE | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: ZACHARIAH, BALU | Date Filed (f) or Converted (c): 02/03/14 (c) |
| ZACHARIAH, JIJI | 341(a) Meeting Date: 03/10/14 |
| | Claims Bar Date: 09/17/14 |

TFR FILED/COURT DATE 1/7/15

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/14

LFORM1

Ver: 18.04

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-43866 -CAD | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | ZACHARIAH, BALU | Bank Name: | ASSOCIATED BANK |
|  | ZACHARIAH, JIJI | Account Number / CD #: | *******8678  Checking Account |
| Taxpayer ID No: | *******4593 | | |
| For Period Ending: | 02/11/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/18/14 | 14 | JIJI BALU ZACHARIAH<br>255 MARICOPA LN<br>HOFFMAN ESTATES IL 60169-3338 | Tax returns | 1124-000 | 7,265.00 | | 7,265.00 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,255.00 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.79 | 7,244.21 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.77 | 7,233.44 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.41 | 7,223.03 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.74 | 7,212.29 |
| 01/08/15 | 010001 | ANDREW J. MAXWELL, TRUSTEE<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Trustee Compensation<br>c/o 1/7/2015 | 2100-000 | | 1,476.50 | 5,735.79 |
| 01/08/15 | 010002 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Atty Fees & Expenses<br>c/o 1/7/2015 | | | 2,969.08 | 2,766.71 |
| | | | Fees            2,940.00 | 3110-000 | | | |
| | | | Expenses          29.08 | 3120-000 | | | |
| 01/08/15 | 010003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | (Claim # 1, Interim Distribution<br>Final Payment | 7100-000 | | 1,270.05 | 1,496.66 |
| 01/08/15 | 010004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | (Claim # 2, Interim Distribution<br>Final Payment | 7100-000 | | 589.83 | 906.83 |
| 01/08/15 | 010005 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN,PINSON AND RILEY, PS | (Claim # 5, Interim Distribution<br>Final Payment | 7100-000 | | 161.35 | 745.48 |

Page Subtotals   7,265.00   6,519.52

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-43866 -CAD | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ZACHARIAH, BALU | | Bank Name: | ASSOCIATED BANK |
| | ZACHARIAH, JIJI | | Account Number / CD #: | *******8678  Checking Account |
| Taxpayer ID No: | *******4593 | | | |
| For Period Ending: | 02/11/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/08/15 | 010006 | 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 ALTAIR OH XIII, LLC C O WEINSTEIN,PINSON AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | (Claim # 6,  Interim Distribution Final Payment | 7100-000 | | 233.94 | 511.54 |
| 01/08/15 | 010007 | Portfolio Recovery Associates, LLC successor to CAPITAL ONE, NA PO Box 41067 Norfolk, VA 23541 | (Claim # 7,  Interim Distribution Final Payment | 7100-000 | | 285.17 | 226.37 |
| 01/08/15 | 010008 | Portfolio Recovery Associates, LLC successor to CAPITAL ONE, NA PO Box 41067 Norfolk, VA 23541 | (Claim # 8,  Interim Distribution Final Payment | 7100-000 | | 226.37 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,265.00 | 7,265.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7,265.00 | 7,265.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 7,265.00 | 7,265.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8678 | 7,265.00 | 7,265.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 7,265.00 | 7,265.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        745.48

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 13-43866 -CAD |
| Case Name: | ZACHARIAH, BALU |
| | ZACHARIAH, JIJI |
| Taxpayer ID No: | *******4593 |
| For Period Ending: | 02/11/15 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8678 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 18.04